

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUGO GONZALEZ,

    Defendant.

Case No.12-CR-59 (JPS)

[18 U.S.C. § 2423(b)]



## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES:**

On or about December 28, 2011, in the State and Eastern District of Wisconsin, and the State and Northern District of Illinois,

**HUGO GONZALEZ**

knowingly and intentionally traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person.

All in violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE ALLEGATION

1. That upon conviction of the violation of Title 18, United States Code, Section 2422(b), set forth above, the defendant, Hugo Gonzalez, shall forfeit to the United States of America the following pursuant to Title 18, United States Code, Section 2253:

   a. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

      i. Samsung SPH-M350 Boostmobile cellular telephone bearing serial number 268435459612589253;

      ii. LG LS670 Sprint cellular telephone bearing serial number 103KPHG1415161;

      iii. Motorola i9 cellular telephone bearing serial number 364VKL5TW6;

      iv. Patriot 128 MB Micro SD card; and

      v. Unknown make 1 GB Micro SD card.

2. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and Title 28, United States Code, Section 2461(c).

_____  6/8/12
JAMES L. SANTELLE                Date
United States Attorney